Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Yvonne Lopez |
| **Docket Number:** | 1:06CR00291-005 |
| **Offender Address:** | Selma, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 4/9/2007 |
| **Original Offense:** | Conspiracy to Possess Stolen Mail, Fraudulent Use of an Access Devise Issued to Another Person, and Bank Fraud<br>(CLASS D FELONY) |
| **Original Sentence:** | 60 months probation, $100 special assessment, $10,431.26 restitution |
| **Special Conditions:** | Search, financial sanctions, substance abuse counseling & testing, 180 days home detention, $25 aftercare co-payment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 4/9/2007 |
| **Assistant U.S. Attorney:** | Marianne Pansa   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Karen L. Lynch   **Telephone:** (559) 448-0400 |
| **Other Court Action:** | None |

RE:     LOPEZ, Yvonne
        Docket Number:  1:06CR00291-005
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The probationer shall serve 30 days home detention in addition to the originally imposed 180 day sentence of home detention (imposed on 04/09/2007). All previously imposed conditions of home detention/electronic monitoring shall remain in full force and effect.

**Justification:**   The probationer commenced electronic monitoring on June 7, 2007. Her 180 day term was due to expire on December 4, 2007. She resides at a group home for women in Fresno, CA with her newborn son (born August 2007) and two minor sons. Because the group home became infested with cock roaches and was undergoing alternating weekend bug eradication, she was allowed to leave the group home and stay with her mother on the weekend of September 28, 2007 through September 30, 2007.

On September 29, 2007,  the probationer violated her conditions of electronic monitoring by leaving her mother's residence to visit a sister-in-law in Sanger, CA. On this same date, she also took her children to visit their estranged father in Sanger, CA.  When confronted about her violation activity. the probationer admitted her actions and stated she did so because her children were begging her to take them to see their father. According to those involved, the probationer's visit to her estranged husband was unwelcome.

It is noted that the probationer was involved in a domestic disturbance with her estranged husband in Fresno on June 3, 2007. Fresno County Sheriff responded to the call wherein it was learned that the probationer was involved in a verbal altercation with her estranged husband subsequent to her finding him with another woman. Authorities determined that no crime had occurred and no arrest was made.

The probationer is the sole provider for her three minor sons. One son is breast feeding. Although the probationer is a resident of a group home in Fresno, CA, she will have

**RE:    LOPEZ, Yvonne
       Docket Number:  1:06CR00291-005
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

completed the program on October 25, 2007, and will be relocating to reside in Selma, CA. She continues to attend Cesar Chavez where she is completing medical assistant training. Given her parental and schooling responsibilities, it will be recommended that the probationer complete an additional 30 days home detention as sanction for her violation activity.

Respectfully submitted,

/s/ Melinda Peyret
**Melinda S. Peyret
Senior United States Probation Officer**
Telephone:  (559) 499-5733

**DATED:**    10/26/2007
           Fresno, California
           mp


**REVIEWED BY:**    /s/ Bruce Vasquez
                  **BRUCE A. VASQUEZ
                  Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   **October 27, 2007**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE