Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Yvonne Lopez |
| **Docket Number:** | 1:06CR00291-005 |
| **Offender Address:** | Selma, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 4/9/2007 |
| **Original Offense:** | Conspiracy to Possess Stolen Mail, Fraudulent Use of an Access Devise Issued to Another Person, and Bank Fraud<br>(CLASS D FELONY) |
| **Original Sentence:** | 60 months probation, $100 special assessment, $10,431.26 restitution |
| **Special Conditions:** | Search, financial sanctions, substance abuse counseling & testing, 180 days home detention, $25 aftercare co-payment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 4/9/2007 |
| **Assistant U.S. Attorney:** | Marianne Pansa      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Karen L. Lynch      **Telephone:** (559) 448-0400 |
| **Other Court Action:** | 10/27/2007: Court approved modification of probationer's conditions of supervision to add 30 days to the originally imposed 180 day home detention sentence. Modification was based on probationer's unauthorized leaves. |

**RE:  LOPEZ, Yvonne**
**Docket Number:  1:06CR00291-005**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The probationer shall reside and participate in a residential community corrections center for the remaining unserved portion of the originally ordered term of home detention imposed by the Court on April 9, 2007, as well as serve the additional 30-day term of home detention imposed by the Court on October 27, 2007; said placement shall commence as directed by the supervising probation officer [18 USC 3563(b)(11)].  The probationer shall pay the costs of confinement as determined by the Bureau of Prisons.

**Justification:**   On November 21, 2007, the undersigned officer received notification from the electronic monitoring agency (G4S) that the probationer's monitoring transmitter wrist band had been tampered with (opened and then closed approximately 20 minutes later). The probationer didn't admit or deny her involvement in the tamper.

This most recent activity adds to a long list of noncompliant behavior including several unauthorized leaves and a previous transmitter wrist band tamper.  The Court was recently notified of the probationer's misconduct while on electronic monitoring for which the Court imposed an additional 30-day term on home detention.  As of November 26, 2007, the probationer has failed to successfully complete 39 days of home detention and has been terminated from electronic monitoring on said date.

It is therefore recommended that the probationer's conditions of supervision be modified to convert the remaining 39 days of home detention to a commitment at Turning Point Community Sanction Center, Fresno, CA.  A copy of the modification waiver signed by the probationer is attached.

RE:   LOPEZ, Yvonne
      Docket Number:  1:06CR00291-005
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                        Respectfully submitted,


                        /S/ Melinda Peyret
                        Melinda S. Peyret
                        **Senior United States Probation Officer**
                        Telephone:  (559) 499-5733

**DATED:**   11/26/2007
            Fresno, California
            mp


**REVIEWED BY**   /s/ Bruce Vasquez
                 **BRUCE A. VASQUEZ**
                 **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   **November 26, 2007**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE