# WARRANT OF ARREST

## UNITED STATES DISTRICT COURT

FILED
JUN 25 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By S. ARELLANO
DEPUTY CLERK

| INSTRUCTIONS: Forward copies Number 1 AND 2 intact to the US Marshal. Forward copy Number 3 to US Attorney's office. Retain number 4 copy. If applicable, use Number 4 copy to withdraw warrant. After completion of return, US Marshal will distribute copies Number 1 through 3 as appropriate. |||
|---|---|---|
| Name of Person<br>YVONNE LOPEZ | DISTRICT OF ISSUE<br>**EASTERN DISTRICT OF CALIFORNIA** | Docket Number<br>1: 06 CR 00291 OWW |

### REASON FOR WARRANT

| X  Indictment | ☐ Information | ☐ OTHER (SPECIFY) |
|---|---|---|
| 18/371; 18/1708 and 2; 18/1029(a)(5) and 2; 18/1344 and 2 | Conspiracy; Possession of Stolen Mail and Aiding and Abetting; Fraud and Related Activities in Connection with Access Device and Aiding and Abetting; Bank Fraud and Aiding and Abetting | NO BAIL |
| Date: 08/31/06 | DEPUTY CLERK:<br>W. KUSAMURA | Signature of issuing official:<br>W. Kusamura |

TO: ANY US MARSHAL OR ANY OTHER AUTHORIZED OFFICER

☐ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Court or (*if applicable*) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information.

THE US MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE US MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

### RETURN

I certify I executed this warrant and such other order directed herein as shown below.

| Date Received | Arresting Agency (if not US Marshal)<br>US POSTAL | Signature of Arresting Agent (if not US Marshal) |
|---|---|---|
| Date Committed<br>9/18/2006 | Place of Confinement | ☐ Executed<br>☐ Unexecuted<br>☐ Withdrawn |
| Date of Return | Name of US Marshal | Signature of US Marshal or Deputy |

MA FORM 6 EASTERN DISTRICT OF CALIFORNIA
COPY NUMBER 1 - ACTION COPY              COPY NUMBER 3 - US ATTORNEY COPY
COPY NUMBER 2 - CONFINEMENT AGENCY COPY   COPY NUMBER 4 - CLERKS OFFICE COPY